IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-rj-00016

SALLIE MAE INC AGENT FOR HICA EDUCATION LOAN CORPORATION,

        Plaintiff,

v.

JAY M. BLAIR,

        Defendant.

---

ORDER GRANTING MOTION TO AMEND CAPTION

---

On motion of the United States of America, and good cause appearing, it is hereby ordered that the caption in the above case shall be amended to substitute the United States of America as plaintiff, in place of Sallie Mae Inc Agent For HICA Education Loan Corporation.

Dated: September 20, 2007

~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**