UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-rj-00016-NONE-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAY BLAIR,

        Defendant,

and

MODERN CLASSIC MOTORS,

        Garnishee.

---

**GARNISHEE ORDER**

---

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Modern Classic Motors shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

**Payment Instructions:** Checks shall be made payable to U.S. Department of

Justice and mailed to: U.S. Attorney's Office
Attn: Financial Litigation Unit
1225 17th Street, # 700
Denver, CO 80202

Please include the following in formation on each check:

    Name of defendant:    JAY BLAIR

    CDCS:    2007A45729 .

BY THE COURT:

Dated: December 9, 2011

~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**