IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-RJ-000016

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAY BLAIR,

        Defendant,

        and

MODERN CLASSIC MOTORS,

        Garnishee.

---

### ORDER DISMISSING GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

**ORDERS** that the Motion to Dismiss Garnishment in this case is GRANTED.

ORDERED and entered this 11th day of July, 2012.

BY THE COURT:

*Boyd N. Boland*
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**