IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-RJ-000016

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

JAY BLAIR,

       Defendant,

       and

MODERN CLASSIC MOTORS,

       Garnishee.

---

## ORDER DISMISSING GARNISHMENT

---

     This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

     **ORDERS** that the Motion to Dismiss Garnishment in this case is GRANTED.

     ORDERED and entered this ___ day of _July_____, 2012.

BY THE COURT:

~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**